5

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 20 2001

Michael N. Milby
Clerk of Court

JURY DEMAND

| | |
|---|---|
| CONNIE CEBALLOS § | |
| § | |
| Plaintiff § | |
| VS. § | CIVIL ACTION NO. B-01-041 |
| § | |
| REESE PHARMACEUTICAL § | |
| COMPANY, SUMMER OPTICAL: § | |
| EMS CONTRACT PACKAGING and § | |
| YOUNG AGAIN PRODUCTS § | |
| § | |
| Defendants § | |

## JURY DEMAND

TO THE HONORABLE COURT:

COMES NOW REESE PHARMACEUTICAL COMPANY, a Defendant herein, and pursuant to FED. R. CIV. P. 38 demands a trial by jury on all issues in this cause.

Respectfully submitted,

GRIGGS & HARRISON, P.C.

By: _____
JOHN D. MARZIOTTI
State Bar No. 13145575
**STATON M. CHILDERS**
State Bar No. 00796348
1301 McKinney, Suite 3200
Houston, Texas 77010-3033
(713) 651-0600 / (713) 651-1944 — FAX

**ATTORNEYS FOR DEFENDANT
REESE PHARMACEUTICAL COMPANY**

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served upon all counsel of record via certified mail, return receipt requested, regular mail, hand delivery and/or facsimile transmission on this __15th__ day of March 2001.

_____
STATON M. CHILDERS

SCHILDERS\200158\236814_1