10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

| | |
|---|---|
| CONNIE CEBALLOS, | United States District Court<br>Southern District of Texas<br>FILED |
| Plaintiff, | MAR 28 2001 |
| vs. | Michael N. Milby, Clerk of Court |
| REESE PHARMACEUTICAL CO., et. al., | Civil No. B-01-041 |
| Defendants. | |

## AFFIDAVIT OF ROGER MASON

Roger Mason, being duly sworn, does depose and say as follows:

1. My name is Roger Mason. I am over 18 years of age and am competent to testify to the matters herein.

2. I am President of Young Again Products, Inc., (YAP), a Maryland corporation, a defendant in the above-captioned proceeding, and have been employed in that capacity since it inception.

3. In the above capacities, I have obtained first-hand knowledge of all products marketed by the corporation and have had access to all sales and marketing data of the corporation since its inception.

4. During the summer of 1999, Reese requested that Young Again Products provide a Vitamin K Cream according to specifications Reese provided to Young Again Products

5. Young Again Products is not in the business of manufacturing Vitamin K cream.

6. This Vitamin K Cream was provided and manufactured by Young Again Products exclusively for sale to Reese Pharmaceuticals.

7. The Vitamin K product provided for Reese Pharmaceuticals has not been sold by Young Again Products to anyone other than Reese Pharmaceuticals.

8. All units of the Vitamin K Cream were shipped to Reese Pharmaceutical Company, Inc., in Cleveland, Ohio.

9. YAP shipped the Vitamin K Cream in two separate shipments of 2,000 two-ounce, unlabeled units per shipment. A third shipment of 2,000 two-ounce, unlabeled units was refused and destroyed.

10. Young Again Products understood that Reese Pharmaceutical Company was a small chemical company which conducted its business in the state of Ohio.

11. Young Again Products had no reason to believe that the Vitamin K cream would be sold in the state of Texas by Reese or any other entity.

12. Young Again Products was not aware that Reese sold or intended to sell the Vitamin K cream in the state of Texas.

13. Young Again Products has never sold any Vitamin K cream in Texas.

14. I have not, in my official capacity as President of Young Again Products, traveled to Texas to promote or sell any Vitamin K products or for any other business purpose.

15. No officer, agent, or employee has traveled on behalf of Young Again Products to Texas to promote or sell any Vitamin K products or for any other business purpose.

16. Young Again Products has no employees in Texas.

17. Young Again Products has no office in Texas.

18. Young Again Products has never owned, bought, sold, or leased any property in Texas.

19  Young Again Products has never been registered to transact business in Texas

20  Young Again Products does not maintain a website through which consumers may directly order any products manufactured by Young Again Products

I affirm, under the penalties of perjury that the foregoing representations are true.

*Roger Mason*
Roger Mason

*March 21, 2001*
Date

3-21-01

*Linda H Marshall*
Linda G Marshall
Notary
New Hanover County, NC
Com Exp 4-15-04