

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CONNIE CEBALLOS<br>Plaintiff, | §<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. B-01-041 |
| | § | |
| REESE PHARMACEUTICAL COMPANY,<br>SUMMER OPTICAL: EMS CONTRACT<br>PACKAGING and YOUNG AGAIN<br>PRODUCTS, Inc.,<br>Defendants. | §<br>§<br>§<br>§<br>§ | |

## UNOPPOSED MOTION TO ENLARGE TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Plaintiff, Connie Ceballos, asks the court to enlarge the time for Plaintiff to respond to Defendant, Young Again Products, Inc.'s, motion to dismiss for lack of personal jurisdiction and shows the following:

### A. Introduction

1. Plaintiff sued Defendant, Young Again Products, Inc., in part, pursuant to the Texas Business & Commerce Code § 17.41 et seq., commonly known as the Deceptive Trade Practices and Consumer Protection Act and theories of products liability and negligence.

2. Defendant, Young Again Products, Inc., filed a motion to dismiss and asked that the court dismiss Plaintiff's suit for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2).

3. Defendant, Young Again Products, Inc., through no fault of its own, failed to properly serve plaintiff's counsel with the motion to dismiss. The Civil Cover Sheet listed the Law Office of Rick Canales as counsel for the plaintiff. See Exhibits A and B attached.

4. Plaintiff files this unopposed motion asking the court to expand the time for her to respond

1



OF COUNSEL:

SOROLA & GARCIA, P.L.L.C.
2355 Barnard Road, Suite A
Brownsville, Texas 78520
Telephone number: (956) 504-2911
Facsimile number: (956) 544-7766

### CERTIFICATE OF CONFERENCE

I certify that on April 18, 2001, I conferred with Mr. William J. McCarthy counsel for Defendant, Young Again Products, Inc., and he does not oppose this motion to enlarge the time for Plaintiff to respond to Defendant, Young Again Products, Inc.'s, motion to dismiss for lack of personal jurisdiction.

### CERTIFICATE OF SERVICE

Pursuant to the provisions of Fed. R. Civ. P 5, I certify that on the 19th day of April, 2001, a true and correct copy of the foregoing pleading was forwarded via United States Postal Service, Certified Mail, Return Receipt Requested to counsel of record as follows:

| | |
|---|---|
| Mr. William J. McCarthy<br>Eaton & Associates<br>2208 Primrose, Building C<br>McAllen, Texas 78504-4162 | 7000 0520 0017 4080 9524 |
| Mr. Mark A. Freeman<br>One Church Street<br>Suite 200<br>Rockville, Maryland 20850 | 7000 0520 0017 4080 9531 |
| Mr. Tom Hermansen<br>Barger, Hermansen, McKibben & Villarreal<br>1100 Tower II<br>555 North Carancahua<br>Corpus Christi, Texas 78478 | 7000 0520 0017 4080 9548 |
| Mr. Staton M. Childers<br>Griggs & Harrison, P.C.<br>1301 McKinney, Suite 3200<br>Houston, Texas 77010-3033 | 7000 0520 0017 4080 9555 |

/Louis S. Sorola

3

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Connie Ceballos

## DEFENDANTS
Reese Pharmaceutical Company, Summer Optical: EMS Contract Packaging and Young Again Products

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Cameron
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Cuyahoga
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Rick Canales
Law Office of Rick Canales   (956) 546-7766
845 East Harrison
Brownsville, Texas  78520

ATTORNEYS (IF KNOWN)
John D. Marziotti / Staton M. Childers
Griggs & Harrison, P.C.
1301 McKinney, Suite 3200
Houston, Texas  77010-3033
(713) 651-0600

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☒ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 U.S.C. § 1441; Product liability claim against diverse defendants

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23

DEMAND $ 85,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: 3-9-01
SIGNATURE OF ATTORNEY OF RECORD: [signature]

Exhibit A

FOR OFFICE USE ONLY

## CERTIFICATE OF SERVICE

We **HEREBY CERTIFY** that a copy of the foregoing Defendant's Motion to Dismiss for Lack of Personal Jurisdiction was mailed first class, postage prepaid, on this 19th day of March, 2001, to:

Staton M. Childers
Griggs & Harrison, P.C.
1301 McKinney, Suite 3200
Houston, TX 77010-3033

Mr. Rick Canales
Law Offices of Rick Canales
845 East Harrison
Brownsville, TX 78520

Mr. Tom Hermansen
Barger, Hermansen, McKibben & Villareal, L.L.P.
1100 Tower II
555 N. Carancahua
Corpus Christi, TX 78478

_____
Bill McCarthy

12                              Exhibit B

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CONNIE CEBALLOS | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-041 |
| | § | |
| REESE PHARMACEUTICAL COMPANY, | § | |
| SUMMER OPTICAL: EMS CONTRACT | § | |
| PACKAGING and YOUNG AGAIN | § | |
| PRODUCTS, Inc., | § | |
| Defendants. | § | |

## ORDER

The Court hereby GRANTS Plaintiff's motion to extend time and hereby ORDERS the submission deadline for Plaintiff to respond to Defendant, Young Again Products, Inc.'s, motion to dismiss for lack of personal jurisdiction is May 7, 2001.

_____

U.S. District Judge Presiding

1