9

United States District Court
Southern District of Texas
ENTERED

APR 26 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CONNIE CEBALLOS | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-041 |
| | § | |
| REESE PHARMACEUTICAL COMPANY, | § | |
| SUMMER OPTICAL: EMS CONTRACT | § | |
| PACKAGING and YOUNG AGAIN | § | |
| PRODUCTS, Inc., | § | |
| Defendants. | § | |

## ORDER

The Court hereby GRANTS Plaintiff's motion to extend time and hereby ORDERS the submission deadline for Plaintiff to respond to Defendant, Young Again Products, Inc.'s, motion to dismiss for lack of personal jurisdiction is May 7, 2001.

_____

U.S. District Judge Presiding

1