10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 26 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CONNIE CEBALLOS | * | |
| | * | |
| VS | * | C.A. NO. B01-041 |
| | * | |
| REESE PHARMACEUTICAL CO., ET AL | * | |

## ORDER SETTING CONFERENCE

An initial pretrial conference in above-captioned and numbered cause of action is hereby set for **May 22, 2001, at 2:00 p.m.** The parties shall be prepared to argue any pending motions.

DONE at Brownsville, Texas, this 24th day of April 2001.

Felix Recio
United States Magistrate Judge
U.S. Federal Building & Courthouse
2nd Floor, Courtroom No. 1
600 E. Harrison,
Brownsville, Texas 78520
956/548-2701