# MINUTES

**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

United States District Court
Southern District of Texas
FILED

MAY 22 2001

Michael N. Milby
Clerk of Court

Deputy Clerk:   Sally Garcia
ERO:            Gabriel Mendieta
Law Clerk:      Jessica R Dart & Olivia Olivarez
CSO:            Ruben Salinas

Date:           May 22, 2001, 2:00 pm

---

## C.A. NO. B-01-041 (HGT)

---

| | | |
|---|---|---|
| CONNIE CEBALLOS | * | Louis S Sorola |
| VS | * | |
| REESE PHARMACEUTICAL COMPANY | * | John D. Marziotti & Station M Child |
| SUMMER OPTICAL: EMS CONTRACT PACKAGING | * | Tom Hermansen |
| And YOUNG AGAIN PRODUCTS, INC. | * | Bill McCarthy |

---

### INITIAL PRETRIAL CONFERENCE
### AND HEARING ON PENDING MOTIONS

Attorneys Sorola, Marziotti, Hermansen and McCarthy appeared.

Motion for Extension of Time (Docket No. 8): presentation, response arguments made. The Court determined that the Motion should be granted. matter was reset to July 17, 2001, at 2:00 p.m., for a scheduling conference a hearing on pending motions.

Plaintiff's Motion to Extend Time is limited to matters relating to jurisdict only.