*14*

# David A. Cantu
## Attorney at Law

316 Nolana Loop
McAllen Texas 78504
(956) 972-0200
(956) 972-0446 Fax

United States District Court
Southern District of Texas
RECEIVED
JUN 27 2001
Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
FILED
JUN 27 2001
Michael N. Milby
Clerk of Court

June 15, 2001

Honorable Hilda G. Tagle
United States District Court
For the Southern District of Texas,
Brownsville Division
600 E. Harrison
Brownsville, Texas 78520

      Re:    C.A. No. B-01-041
                Connie Ceballos v. Reese Pharmaceutical Company, Summer Optical; EMS Contract Packaging and Young Again Products; In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Judge Tagle:

    The above references cause of action met for mediation on June 14, 2001. Settlement was resolved between all parties.

    I hope that I can be of service to you and your court in the future. Should you have any questions with regard to this matter, please do not hesitate to call.

Sincerely,

David A. Cantu
Attorney At Law

DAC:pb

CC: Louis S. Sorola
      Tom Hermansen
      John Marziotti
      Mark Freeman
      William McCarthy