/15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 27 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Connie Ceballos, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-01-41 |
| Reese Pharmaceutical Co., et al., | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED, that on June 27, 2001 the Court **CONSIDERED** the correspondence sent by David A. Cantu which states that settlement was achieved among the Parties during mediation held on June 14, 2001. The Court cannot enter final dismissal in this cause without a notice of settlement from the Parties pursuant to Local and Chamber Rules. Therefore, the Court **ORDERS** counsel of record for the Parties to submit a proper Notice of Settlement by 4:00 p.m. on Friday, July 20, 2001; otherwise, the Court cannot enter a final order of dismissal.

DONE at Brownsville, Texas, this 27th day of June 2001.

_____
Hilda G. Tagle
United States District Judge