*16*

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 16 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **CONNIE CEBALLOS** | § | |
| **Plaintiff,** | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-041 |
| | § | |
| **REESE PHARMACEUTICAL COMPANY,** | § | |
| **SUMMER OPTICAL: EMS CONTRACT** | § | |
| **PACKAGING and YOUNG AGAIN** | § | |
| **PRODUCTS, Inc.,** | § | |
| **Defendants.** | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

  The Plaintiff, Connie Ceballos, notifies the Court that the parties in this action have reached terms of settlement. The parties request that all court setting that are currently scheduled be canceled pending the consummation of the settlement and submission of the dismissal pleadings.

Respectfully submitted,

_____
By: LOUIS S. SOROLA
Texas Bar No. 00794990
Fed Id No. 19533

COPY

Attorney in Charge for
Plaintiff, Connie Ceballos

OF COUNSEL:

SOROLA & GARCIA, P.L.L.C.
2355 Barnard Road, Suite A

1

Brownsville, Texas 78520
Telephone number: (956) 504-2911
Facsimile number: (956) 544-7766

## CERTIFICATE OF CONSULTATION

I certify that on July 16, 2001, I advised Defendants' attorneys that I would submit this Notice of Settlement to the Court. Defendants' attorneys advised that they had no objection and that they and their clients concurred with the settlement terms reached.

_____
Louis S. Sorola

## CERTIFICATE OF SERVICE

Pursuant to the provisions of Fed. R. Civ. P 5, I certify that on the 16th day of July, 2001, a true and correct copy of the foregoing pleading was forwarded via facsimile to counsel of record as follows:

Mr. William J. McCarthy          (956) 687-9867
Eaton & Associates
2208 Primrose, Building C
McAllen, Texas 78504-4162

Mr. Mark A. Freeman              (301) 315-0210
One Church Street
Suite 200
Rockville, Maryland 20850

Mr. Tom Hermansen                (361) 883-8353
Barger, Hermansen, McKibben & Villarreal
1100 Tower II
555 North Carancahua
Corpus Christi, Texas 78478

2

3

Mr. John D. Marziotti  (713) 951-5660
Strasburger & Price, L.L.P.
1301 McKinney, Suite 3200
Houston, Texas 77010-3033

_____
Louis S. Sorola