17

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Connie Ceballos, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-41 |
| | § | |
| Reese Pharmaceutical Co., et al., | § | |
| | § | |
| Defendants. | § | |

### Final Order of Dismissal

BE IT REMEMBERED that on July 17, 2001, the Court considered the Parties' Notice of Settlement.

1. The Court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice. All Parties shall bear their own costs.

2. The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 18th day of July 2001.

_____
Hilda G. Tagle
United States District Judge